Appeal No. 76-430. DIAGO JULIAN, *p.p.a.,* MARION JULIAN *and* MARION JULIAN *v.* ZAYRE CORPORATION *and* LEISURE DYNAMICS, INC. Defendants' motion for leave to reargue is denied. *Pucci & Goldin, Inc., Samuel A. Olevson,*

for plaintiffs. *Carroll, Kelly & Murphy, Dennis S. Baluch,* for defendants.